UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20265-LENARD

UNITED STATES OF AMERICA,

vs.

JAMES ROBERT RICHARDSON,

Defendant.

_____ /

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States of America ("United States") for entry of a preliminary order of forfeiture. Being fully advised in the premises, the Court finds as follows:

1.      On April 12, 2011, a federal grand jury returned a four-count true bill of indictment ("the Indictment") charging **JAMES ROBERT RICHARDSON** ("Defendant") with transportation of child pornography in violation of Title 18, United States Code, Sections 2252(a)(2), 2252 (b)(1), 2252(a)(4)(B) and 2252(b)(2).

2.      The Indictment further alleges that upon conviction of a violation of Title 18, United States Code, Section 2252, Defendant shall forfeit all of his right, title and interest in certain property to the United States pursuant to Title 18, United States Code, Section 2253(a), to wit:

**(a)      one (1) Dell Dimension Computer, serial number 2LHNS11;**
**(b)      one (1) Toshiba laptop computer, serial number 25128300K;**
**(c)      one (1) Compaq Presario tower computer, serial number 3H97CRT2K031;**
**(d)      one (1) IBM computer, serial number 02619165170;**
**(e)      one (1) IBM computer, serial number 52374635170; and**
**(f)      sixty-one (61) computer disks.**

3. On May 26, 2011, Defendant was found guilty as to counts one through four of the Indictment which charges violations of Title 18, United States Code, Sections 2252(a)(2), 2252 (b)(1), 2252(a)(4)(B) and 2252(b)(2).

4. On July 19, 2011, the United States filed a Motion for Preliminary Order of Forfeiture seeking to forfeit the property as property used or intended to be used to commit the violations for which Defendant was found guilty.

5. On July 21, 2011, Defendant filed a response in opposition.

6. On October 5, 2011, parties reached an agreement prior to a scheduled hearing before this Court.

7. Upon further consideration, the United States has agreed to return the following items:

**(a)** **one (1) Dell Dimension Computer, serial number 2LHNS11 (without the hard drive);**
**(b)** **one (1) Toshiba laptop computer, serial number 25128300K;**
**(c)** **one (1) Compaq Presario tower computer, serial number 3H97CRT2K031;**
**(d)** **one (1) IBM computer, serial number 02619165170;**
**(e)** **one (1) IBM computer, serial number 52374635170; and**
**(f)** **31 of the 61 computer disks.**

8. Defendant has agreed to forfeit his interest in the following items:

**(a)** **the hard drive of one (1) Dell Dimension Computer, serial number 2LHNS11; and**
**(f)** **31 of the 61 computer disks (the "subject property").**

9. The United States agrees to maintain the subject property in custody until the resolution of the criminal case (including any appeals and post-conviction litigation under 28 U.S.C. §§ 2255 or 2241).

Therefore, in consideration of the Defendant's guilty verdict and agreement, and upon motion of the United States and for good cause shown thereby, it is hereby

**ORDERED** that:

1.	All of Defendant's right, title, and interest in the subject property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253(a);

2.	The Federal Bureau of Investigation, or any duly authorized law enforcement agency shall, as soon as practicable, seize the property pursuant to Title 21, United States Code, Section 853(g)[1];

3.	The United States shall publish notice of this Order in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure;

4.	The United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property, in addition to the published notice.

5.	Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order shall become final as to Defendant's right, title, and interest in the property at the time of his sentence and shall be made a part of Defendant's sentence and shall be included in the Court's judgment and commitment order in this cause; and

6.	The United States is further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property or in order to expedite ancillary proceeding related to any third part petition claims filed with respect to the property.

---

[1]	The procedures of Title 21, United States Code, Section 853, with the exception of subsections (a) and (d), are incorporated by Title 28, United States Code, Section 2253(b).

It is further:

**ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture in which all interests will be addressed. If no claims are filed within thirty (30) days of the final publication of notice or the receipt of actual notice, whichever is earlier, then, pursuant to Rule 32.2(c)(2), this Order shall be deemed a final order of forfeiture and the Federal Bureau of Investigation, or any duly authorized law enforcement official, shall dispose of the property in accordance with applicable law.

**DONE ORDERED** in Miami, Florida on this _12_ day of _OCT_____, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE