UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20265-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JAMES ROBERT RICHARDSON,
    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. On October 13, 2011, the undersigned received correspondence from the defendant. A copy of the correspondence is attached to this Order. Local Rule 7.7 states in pertinent part:

> Unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney, except when necessary as an exhibit when seeking relief from the Court.

S.D. Fla. L.R. 7.7. Accordingly, it is

**ORDERED AND ADJUDGED** that the defendant shall not mail any further correspondence or letters to Chambers. The defendant is represented by counsel and all filings should be made through counsel.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **13th** day of October, 2011.

                                              _____
                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All Counsel of Record

**YOUR HONOR:**

*John O'Sullivan*

**The enclosed letter addressed to the Directors of the FBI is sent to enlighten you of the illegal practices committed by this agency in your courtrooms. You can help stop these Gestapo type practices by not allowing these practices to continue in our courts in which you sit on.**

*James Robert Richardson – signed in order not to delay*
James Robert Richardson

October 4, 2011

Asst. Director in Charge – James W. Mc Junkin

Washington Field Office

Special Agent in Charge- John V. Gillies

Miami Field office

Gentlemen:

As I stated to you in my original letter to both of your offices dated July, 06, 2011, after carefully going over the transcripts dealing with testimony made by your two agents, Agent Jason Ginther and Agent M. Catherine Koonz.

I am supplying you with the following information about these two agents, on the dates of May 24th and May 25th in the year of 2011. The following crimes were committed in the courtroom of Judge Joan A. Lenard in a trial against me, James Robert Richardson.

Agent Jason Ginther committed the crime of perjury four times. Agent M. Catherine Koonz committed the crime of perjury ten times.

Many more acts of perjury were committed in this trial by the agents Ginther and Koonz. These acts were committed willfully and with malice.

Many of these crimes can be substantiated with photographs and evidence gathered by your agents. Other evidence proves your agents lied in the discovery presented to the defense in addition to many of the statements made to the Grand Jury to obtain the original indictment.

I am aware of your capabilities and limitations to spy, monitor and record anyone or anything up to 12,450.775 miles away.

I am also aware of your policy to never record any interrogation, as most law enforcement agencies throughout the world do.

I, like the judges, know the reasons you do this. But unlike the judges who have been allowing this to occur, I will not allow this to happen.

I have come to understand the act of lying is rampant throughout your organization. Your spokesperson, Ms. Bungo claims an internal investigation was completed on the accusations I made in my previous letter. If this was truly done without asking me one question, then if I were you I would turn in my resignation since it would be stealing from the federal government in accepting a salary.

Please inform Ms. Bungo I will not be bullied or intimidated and can't be brushed aside by a few lies, threats or insults.

Also inform Ms. Bungo that I will subpoena a copy of the findings of the internal investigation she claims was made. We could all use a laugh.

Your agents Jason Ginther and M. Catherine Koonz lied to get me indicted, lied about me in the discovery and willfully committed perjury to have me convicted.

I will not cease my endeavors to reverse this miscarriage of justice. I will not quit until these two agents have been placed in prison as they should be.

These two agents Ginther and Koonz have caused me, my family and friends much harm and mental anguish. My wife has developed new health problems and had existing ones made worse by actions of your two agents, Agent Jason Ginther and Agent M. Catherine Koonz. These actions have been supported by your agency with the lies such as those told by Ms. Bungo and others.

Within seven days of your receipt of this letter I will start a campaign to stop your agencies "Fourth Reich" type actions. I will persist until you are forced to record each and every interrogation or it will not be allowed to be used as evidence in a court of law as it was in mine and many other cases.

The following is just the start of my plan to stop your misuse of power.

I will inform each member of both houses of congress. I will inform every major newspaper in the world. I will contact every type of media outlet I can find worldwide. I will contact each and every human rights organization in the world.

I will do whatever it takes to inform the people of this world of your illegal practices against the people of this and many other countries. I will work until I find a way to stop these acts of perjury.

I swear that all the statements made by me are the truth and I am more than willing to take a polygraph test. In fact I would love to do it on prime time television along with your agents.

*James Robert Richardson – signed in order not to delay*
James Robert Richardson

510 NW 135th Street
North Miami, FL 33168
(786)953-4716

(954)394-8454

Hornetsnest418@aol.com